1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3  Mail: PO Box 262490
   San Diego, CA 92196-2490
4  Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
5  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
6
   Attorneys for Plaintiff
7
   KENNETH KATZOFF (SBN: 107684)
8  STEPHEN G. PREONAS (SBN: 245334)
   spreonas@katzoffriggs.com
9  KATZOFF & RIGGS LLP
   1500 Park Ave., Suite 300
10 Emeryville, CA 94608
   Telephone: (510) 597-1990
11 Facsimile: (510) 597-0295
   Attorney for Defendant
12 San Francisco Bay Area Properties II, LLC
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OZIEL SAWYER III,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO BAY AREA PROPERTIES II, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　Defendants. | Case No.: 3:19-CV-01864-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| Dated: November 14, 2019 | CENTER FOR DISABILITY ACCESS | |
| | By: /s/ Amanda Lockhart Seabock<br>Amanda Lockhart Seabock<br>Attorneys for Plaintiff | |
| Dated: November 14, 2019 | KATZOFF & RIGGS LLP | |
| | By: /s/ Stephen G. Preonas<br>Kenneth Katzoff<br>Stephen G. Preonas<br>Attorneys for Defendant<br>San Francisco Bay Area Properties II, LLC | |

Dated: November 18, 2019

**IT IS SO ORDERED**

*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Stephen G. Preonas, counsel for San Francisco Bay Area Properties II, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 14, 2019      CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff